UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK DUMAY,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION.<br><br>        Defendant. | No. 22-cv-634 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court has been advised that the settlement conference held in this matter on March 22, 2023 was unsuccessful in resolving this case. No later than April 7, 2023, the parties shall file a joint letter proposing next steps in this matter, including potential trial dates that work for both parties.

SO ORDERED.

Dated:  March 30, 2023
      New York, New York

                             Ronnie Abrams
                             United States District Judge