UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK DUMAY,<br><br>       Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>       Defendant. | No. 22-cv-634 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As the parties are aware, trial is scheduled to begin on January 8, 2024. In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall file all pretrial submissions, including but not limited to a joint pretrial order, a pretrial memorandum of law, any motions *in limine*, all documentary exhibits, joint proposed voir dire questions, a verdict form, and jury instructions by December 11, 2023. Any opposition or response to such materials shall be filed by December 18, 2023. A final pretrial conference is scheduled for January 4, 2024 at 3:00 p.m.

SO ORDERED.

Dated:  November 16, 2023
      New York, New York

                     _____
                     Hon. Ronnie Abrams
                     United States District Judge