UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK DUMAY,

                Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                Defendant.

No. 22-cv-634 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The trial currently scheduled to begin on January 8, 2024 is hereby adjourned to January 9, 2024. All pretrial deadlines remain the same.

SO ORDERED.

Dated:    December 7, 2023
             New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge